IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

WILLIAM MASKELUNAS,
       Plaintiff
   v.
WEXFORD HEALTH SOURCE, INC.,
et al.,
       Defendants

Case No. 2:14-cv-369-KRG-KAP

MEMORANDUM ORDER

This matter is before Magistrate Judge Keith A. Pesto for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C.§ 636 and Local Rule 72 for Magistrate Judges.

The Magistrate Judge filed a Report and Recommendation on October 30, 2014, docket no. 25, recommending that defendants' motion to dismiss, docket no. 12, be granted in part and denied in part.

The parties were notified that, pursuant to 28 U.S.C.§ 636(b)(1), they had fourteen days to file written objections to the Report and Recommendation. Despite notice by ECF to counsel and by U.S. Mail to plaintiff at his given address, no one has filed objections and the time to do so has expired.

After review of the record and the Report and Recommendation, and noting the lack of objections thereto, the following order is entered:

AND NOW, this 16th day of January, 2015, it is

ORDERED that defendant's motion to dismiss, docket no. 12, is granted in part and all claims except the deliberate indifference claim against Dr. Noel are dismissed. The Report and Recommendation is adopted as the opinion of the Court. The matter remains with the Magistrate Judge for further proceedings.

BY THE COURT:

/s/ Kim R. Gibson

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice to counsel of record by ECF and by U.S. Mail to:

> William Maskelunas, LG-3446
> S.C.I. Pine Grove
> 191 Fyock Road
> Indiana, PA 15701